**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** December 7, 2022 |
| **USA v. Naomi Bistline** | **Case Number:** 22-04427MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Wayne Venhuizen for Dimitra Hotis Sampson
**Attorney for Defendant:** Daniel Benjamin Kaiser, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**Detention Hearing – Continued**
PTS recommends: Release Third Party with Location Monitoring.
☒ Defendant is continued temporarily detained in the custody of the United States Marshal.
Court orders Detention Hearing continued and ORDERS Pretrial Services to complete a Home Assessment.
**Detention Hearing** continued to Monday, December 12, 2022 at 9:45 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**STATUS HEARING:**
Defense Counsel request Status Hearing regarding Preliminary Hearing continued and not objection by the Government.

**Status Hearing regarding Preliminary Hearing** set for Monday, December 12, 2022 at 9:45 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

| | |
|---|---|
| **Recorded By** Courtsmart | SH   8 min |
| **Deputy Clerk** Christina Davison | DH   3 min |
| | Start:  9:35 am |
| | Stop:   9:46 am |